# Case No. 13-17545

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NINTH CIRCUIT

_____

-------------------------------------------------------------

DEMOCRATIC PARTY OF HAWAII,

Plaintiff-Appellant

-against-

SCOTT T. NAGO, in his Official
Capacity as the Chief Election Officer
of the State of Hawaii,

Defendant-Appellee.

-------------------------------------------------------------

## AMICUS CURIAE BRIEF OF
## COMMITTEE FOR A UNIFIED INDEPENDENT PARTY, INC.
## ("CUIP", D/B/A INDEPENDENTVOTING.ORG)
## AND FOR AFFIRMANCE OF DISTRICT COURT

Harry Kresky
505 West 54th Street, Suite 419
New York, NY 10019
212-581-1516
hkresky@harrykreskylaw.com

Of Counsel:
S. Chad Peace
San Diego, CA

# **CORPORATE DISCLOSURE STATEMENT**

*Amicus Curiae* Committee for a Unified Independent Party ("CUIP", d/b/a IndependentVoting.org), a not-for-profit corporation, states that it has no parent corporation, it is not a publicly held corporation, and that there is no publicly held corporation that owns ten percent or more of its stock.

# **TABLE OF CONTENTS**

Table of Authorities ................................................................................... iii

Identity of Amicus Curiae............................................................................ 1

Rule 29(c)(5) Statement ……………………………………………….. 2

Argument..................................................................................................... 2

# TABLE OF AUTHORITIES

**Cases**

Balsam v. Guadagno, .................................................................................. 9
   Case No. 2:14-cv -01388-SRC-CLW (NJ District)

California Democratic Party v. Jones, ..................................................... 6, 9
   530 U.S. 567, 572-73, 582-83 (2000)

Greenville Co. Republican Party Executive Ctte. et al. v. Way et al,. ....... 2, 6
   CA No. 6:10-1407-MGL (D. SC), docket entries 181 and 21

Idaho Republican Party v. Ysursa,.......................................................... 1, 6, 8
   765 F. Supp. 2d. 1266 (D. Idaho 2011)

Wash. State Grange v. Wash. State Republican Party,................................. 5
   552 U.S. 442 (2008)

**Other Authorities**

Gallup Poll, January 8, 2014........................................................................... 3
http://www.gallup.com/poll/166763/record-high-americans-identify-independents.aspx

Gallup Poll, January 29, 2014......................................................................... 4
http://www.gallup.com/poll/167030/not-states-lean-democratic-2013.aspx

Gallup Poll, April 10, 2014............................................................................. 4
http://www.gallup.com/poll/168428/no-improvement-congressional-approval.aspx

Hawaii State Constitution, Article II, Section 1 ......................................... 3, 6

Independent Voters Network Chart .............................................................. 4
https://www.facebook.com/IVN/photos/pb.233116802464.-2207520000.1398884159./10151777891037465/?type=3&theater

"Montana Courts Block Top Two Primary Measure – For Now" ............... 7
http://www.washingtonpost.com/blogs/govbeat/wp/2014/03/26/montana-court-blocks-top-two-primary-measure-for-now/

National Conference of State Legislatures Website: ..................................... 8
http://www.ncsl.org/research/elections-and-campaigns/chart-of-the-initiative+-states.aspx

Pennsylvania General Assembly Website ...................................................... 7
http://www.legis.state.pa.us/cfdocs/billInfo/bill_votes.cfm?syear=2011&sind=0&body=S&type=B&bn=129

"Senate Bill Aims to Open Primaries to Independent Voters"........................ 7
http://www.gothenburgtimes.com/index.php?option=com_content&view=article&id=7147:senate-bill-aims-to-open-primaries-to-independent-voters&catid=1:local&Itemid=2&utm_source=Nebraska+article+3%2F14&utm_campaign=Nebraska&utm_medium=email5

U.S. House of Representatives Website ........................................................ 4
http://www.house.gov/representatives/#state_hi

U.S. Senate Website....................................................................................... 4
http://www.senate.gov/general/contact_information/senators_cfm.cfm?State=HI

IDENTITY OF AMICUS CURIAE

Committee for a Unified Independent Party ("CUIP", d/b/a IndependentVoting.org) is a not-for-profit corporation, organized and chartered in New York State and exempt from income taxes under Section 501(c)(4) of the Internal Revenue Code.  CUIP's mission is to seek political recognition for independent voters and to respond to any efforts to marginalize their participation in the political process.

With its national network of independents in more than 40 states, CUIP has been involved during the last decade in efforts to open up the primary election process to independent voters, including a joint effort with former Mayor Michael R. Bloomberg to bring a nonpartisan system to New York City, which did not succeed.  CUIP participated in the coalition that brought the top-two system[1] to California by achieving a majority in a June 8, 2010 referendum.

CUIP has intervened in lawsuits defending open primary systems similar to the one in Hawaii.  In Idaho, the federal district court declared the State's open primary system unconstitutional.[2]  In South Carolina, CUIP organized a group of intervenors, including thirteen members of the Black Legislative Caucus of the South Carolina House of Representatives, to join with the State in defense of an

---

[1] Under top-two, all candidates appear on one ballot, all voters are allowed to participate, and the top two vote-getters go on to the general election ballot.
[2] *Idaho Republican Party v. Ysursa,* 765 F. Supp. 2d. 1266 (D. Idaho 2011)

1

open primary system. The case is now on appeal, having been dismissed by the district court.[3]

CUIP supports both the open primary and top-two systems because they allow independents to participate on an equal footing with other voters in the critical first round that determines who will be on the ballot in the general election. In the 31 States and the District of Columbia that have partisan registration and closed or semi-closed primaries, independents (who make up more than 40 percent of the country's voters) are barred from the primary election unless the parties invite them to participate.[4]

## RULE 29(C)5 STATEMENT

No party's counsel authored this brief in whole or in part. No party or its counsel contributed money intended to fund its preparation or submission. Nor did any person other than the *amicus curiae*, its members or its counsel contribute money intended to fund the preparation or submission.

## ARGUMENT

## DEMOCRACY AT RISK

CUIP supports the arguments made by appellee in his brief to this Court and respectfully asks that the following also be considered.

---

[3] *Greenville Co. Republican Party Executive Ctte. et al. v. Way et al.* CA No. 6:10-1407-MGL (D. SC), docket entries 181 and 21.
[4] Based on a state-by-state survey by CUIP staff.

2

A growing number of Americans are choosing to identify themselves as independents rather than registering into either of the dominant political parties. In fact, a recent Gallup poll found that, as a nation, Americans are more likely to identify themselves as independents than as Democrats or Republicans. The poll, published in January 2014, found that 42% of Americans self-identify as independents, compared with 31% identifying as Democrats and 25% identifying as Republicans.[5] A plurality of voters does not believe that either party speaks for them. Is it fair, or constitutional, to allow a minority of voters and their private party organizations to determine the candidate field for everyone else?

The State of Hawaii appears to have answered this question in Article II, Sec. 1 of the Hawaii State Constitution:

> Every citizen of the United States who shall have attained the age of eighteen years, have been a resident of this State not less than one year next preceding the election and be a voter registered as provided by law, shall be qualified to vote in <u>any</u> state or local election. [emphasis added]

The Democratic Party of Hawaii seeks to subordinate this right to its partisan interest in limiting those who can participate in the elections where its candidates for the general election ballot are chosen to those who have pre-registered into the Democratic Party. In a State where the winner of the

---

[5] http://www.gallup.com/poll/166763/record-high-americans-identify-independents.aspx

Democratic Party primary almost invariably goes on to be elected to public office in November, to be barred from participating in the party's primary elections is to be denied the right to the full franchise guaranteed by the Hawaii Constitution. Such voters are left without the ability to influence the election's outcome.[6]

Discontent with the performance of our country's party-driven political process has reached alarming levels. Over 40% of Americans now self-identify as non-partisan voters. Just 7-13% give Congress (composed almost completely of Republicans and Democrats) a positive approval rating.[7] Yet because of party-centric voting laws, 95% of elections are *de* facto decided during party primaries. [8]

---

[6] A recent Gallup poll revealed that Hawaii is one of the ten most heavily Democratic Party states within the United States. Most often, the election is actually decided at the primary stage of the political process. Gallup Poll, January 29, 2014: http://www.gallup.com/poll/167030/not-states-lean-democratic-2013.aspx

The Hawaii Legislature is made up of twenty-five Senators and fifty-one Representatives. Twenty-four of the twenty-five Senators are Democrats. Of the fifty-one Representatives, forty-four of them are Democrats. This means that 96% of Hawaii's State Senators are Democrats and 86.3% of its State Representatives are Democrats. Hawaii has two Senators and two Representatives in the 113th United States Congress. All four members of Congress from Hawaii are Democrats. http://www.house.gov/representatives/#state_hi and http://www.senate.gov/general/contact_information/senators_cfm.cfm?State=HI

[7] https://www.facebook.com/IVN/photos/pb.233116802464.-2207520000.1398884159./10151777891037465/?type=3&theater; Gallup poll, April 10, 2014: http://www.gallup.com/poll/168428/no-improvement-congressional-approval.aspx.

[8] http://ivn.us/2013/10/25/just-35-of-435-elections-competitive-after-201-years-of-gerrymandering/

4

Each of the two major parties works to convince the public that the source of this dismal performance is the other party. The parties and their consultants have turned our elections into cut-throat partisan competition, rather than a conversation about what is best for the country. Our party-based election laws contribute to this.

At the same time, the parties are locked in a battle with reform-oriented voters and organizations like *amicus curiae* CUIP over the structure of the electoral framework. The reformers believe that the cure for partisan gridlock is a strong dose of democracy. Removing the redistricting process from party-dominated state legislatures is one such dose. Another, which is the subject of this lawsuit, would reform the primary system by which candidates are nominated for public office.

There is disagreement between the parties and the voters over this issue. In two states with Initiative and Referendum (California and Washington), voters have adopted "public primaries" (top-two nonpartisan primaries). In such a system, the primary election serves the public function of winnowing the candidate field, rather than the private purpose of selecting a party nominee. The top-two nonpartisan primary has been upheld by the United States Supreme Court against a challenge by the two major parties and the Libertarian Party. *Wash. State Grange v. Wash. State Republican Party*, 552 U.S. 442 (2008)

The private right of association on which the parties base these challenges was the subject of the Supreme Court's decision in *California Democratic Party v. Jones*, 530 U.S. 567, 572-73, 582-83 (2000), where the Court invalidated the State of California's "blanket primary." This system maintained the partisan nature and purpose of primary elections, but allowed any voter, including those registered into another party, to choose to vote in any party's primary. *California Democratic Party v. Jones, supra.* Justice Scalia, writing for the majority, found that the blanket primary violated a party's right to limit those who participate in its primary to voters who have chosen to affiliate with that party. The case on appeal is one of three brought since the *Jones* decision in which the parties have sought to extend the holding of *Jones* to open primaries in some 20 states that do not have partisan registration.[9] The other two are the Idaho and South Carolina litigations referenced above. *Idaho Republican Party v. Ysursa, supra*, 765 F. Supp. 2d. 1266 (D. Idaho 2011); *Greenville Co. Republican Party Executive Ctte., supra.*

It is urged that this Court view the issues at hand from the vantage point of the voter, and respect the values expressed in the Hawaii Constitution.

It is the right to full and meaningful participation in the election of public officials that is at stake in this litigation. This right, which is recognized by the open primary in Hawaii and other states, is under attack by both the Republican

---

[9] CUIP survey (fn 4)

and Democratic Parties. In those states with Initiative and Referendum, voters are attempting to secure full participation through the vehicle of top-two. Such an effort was unsuccessful in Arizona and Oregon in the face of well-organized and well-funded opposition led by the two parties. In both states, efforts are getting underway again to try to achieve this goal. In Colorado, discussion has begun about undertaking such an effort.[10] In Montana, the legislature voted to place such an initiative on the ballot, but a State court refused to allow it to go forward.[11] In other states, such as Nebraska and Pennsylvania, bills have been introduced to require the parties to allow independents to vote in their primaries.[12]. Such bills, if passed, might be subject to the same attack being mounted by the Democratic Party of Hawaii in the instant litigation.

In states without Initiative and Referendum (which exists in only 21 states) the likelihood a legislature controlled by the two parties will move to a

---

[10] This information is based on discussions between CUIP staff and business, community and reform leaders in these states.

[11] http://www.washingtonpost.com/blogs/govbeat/wp/2014/03/26/montana-court-blocks-top-two-primary-measure-for-now/

[12] http://www.legis.state.pa.us/cfdocs/billInfo/bill_votes.cfm?syear=2011&sind=0&body=S&type=B&bn=129;
http://www.gothenburgtimes.com/index.php?option=com_content&view=article&id=7147:senate-bill-aims-to-open-primaries-to-independent-voters&catid=1:local&Itemid=2&utm_source=Nebraska+article+3%2F14&utm_campaign=Nebraska&utm_medium=email5

7

form of open primary is slim.[13] This makes it all the more important to defend the open primary in the states such as Hawaii where it already exists. In Idaho, for example, the legislature moved quickly in the face of a decision holding the open primary unconstitutional to enact new legislation establishing partisan registration and closed primaries. This Court found an effort to appeal the adverse result in Idaho moot because of this legislative change.[14]

It is only because the Court below upheld the open primary that this Court is able to consider the issue.

In New Jersey, CUIP has joined with the California-based Independent Voter Project and eight New Jersey voters to challenge the State's closed primary system in the U.S. District Court, on the grounds that it (1) conditions the right to full meaningful participation on voters forfeiting their right of non-association with a political party, and (2) denies all voters the right of equal treatment in exercising their fundamental right to vote. The lawsuit also contends that since the parties claim the right to restrict the franchise in their

---

[13] http://www.ncsl.org/research/elections-and-campaigns/chart-of-the-initiative-states.aspx
[14] See *Idaho Republican Party v. Ysursa,* No. 11-35251 (9th Cir. Sept. 19, 2011) (Order granting Appellees' Motion to Dismiss Appeal).

primaries, relying on precedents set by private associations, the public funding of these primaries is disallowed under the New Jersey State Constitution.[15]

The issues on this appeal are critical to the future of our democracy.

Respectfully submitted,

/s/

Harry Kresky
505 West 54th Street (Suite 419)
New York, NY 10019
Tele: (212) 581-1516
Email: hkresky@harrykreskylaw.com

Of Counsel:
S. Chad Peace
San Diego, CA

May 22, 2014

---

[15] The complaint has been filed and the defendant has yet to file an answer. *Balsam v. Guadagno,* Case No. 2:14-cv -01388-SRC-CLW (NJ District); *California Democratic Party v. Jones*, at 572-73, 582-83 (contains the precedents)

9